**MILLER LAW GROUP, PC**

1160 Pepsi Place
Jordan Building, Suite 341
Charlottesville, VA 22901

tel 434-974-9776
fax 434-974-6773
www.millerlawgrouppc.com

August 25, 2016

The Honorable Rebecca Connelly
United States Bankruptcy Court
Western District of Virginia
116 N. Main Street
Harrisonburg, VA 22802

RE: Enhanced Procedures Requested Pursuant to Order Entered in Case No. 14-60323 Docket Entry 68.

Dear Judge Connelly:

As directed in the Order Entered in Case No. 14-60323, Docket Entry 68, I am providing for your review the enhanced procedures implemented at Miller Law Group, P.C. with regards to the submission of court orders. There are different procedures based upon which party prepares the proposed orders.

All proposed orders are first placed in signing baskets for each of the attorneys. The signing baskets are located in the main hallway of our office just outside the attorneys' offices. Each individual attorney has his own basket with his name on each basket clearly marked. These baskets are used for directing the assigned attorney to either draft or review a proposed order in a particular case. The attorneys each day will check their designated basket for any pending orders for review and endorsement.

Proposed orders that are prepared by the attorneys at Miller Law Group, P.C. are reviewed and then transmitted to opposing counsel for their review. The following steps are followed.

1. The proposed order is sent to opposing counsel for review and a request for authorization to add opposing counsel's electronic endorsement. The proposed order contains a signature block but the signature line for which a signature is being requested is left blank. The proposed order does contain the endorsement of the attorney from Miller Law Group, P.C. prepared the proposed order.
2. The proposed order is then electronically transmitted, faxed, mailed via US Postal or hand delivered to opposing counsel for review with this similar statement in the transmittal document: *"Please review the attached order. After your review and approval can we have permission to submit the attached order with your party's electronic endorsement?"*
3. Approval from opposing counsel must be received either by email, letter or fax. Any approval must be in writing.
4. The proposed order then has the endorsement inserted in the appropriate place and the confirmation/authorization is scanned in and kept in the appropriate electronic file. A hard copy of the confirmation is placed in the hard file. The proposed order is then placed in the assigned attorney's box for review and approval.
5. The attorney will obtain any pending orders from their basket and will carefully review the order and then authorize the proposed order to be submitted for entry.

The Honorable Rebecca Connelly
August 24, 2016
Page 2

6. The attorney will place the proposed order to the basket labeled "Endorsed" for processing.

Proposed orders that are prepared by opposing counsel have a different process. The following steps are followed.

1. The proposed order is downloaded and printed for review by the assigned attorney at Miller Law Group, P.C.
2. After review, the order is either approved/endorsed, corrected, modified or rejected.
3. If the proposed order is corrected, modified or rejected, it is returned to the drafter with the appropriate comments or notations stating the reason for the response. If the order is approved, consent to the order and authorization to endorse is transmitted to the drafter. This consent is also saved to the appropriate electronic file.
4. When the proposed order is approved/endorsed the attorney will place the proposed order in the basket labeled "Endorsed" for processing and will be transmitted to the drafter with the proper authorization with the proposed order.

This is process that is being followed for all orders handled by the attorneys at Miller Law Group, P.C., however, there may be situations where there may be further steps taken depending upon the particular issues of each case.

Respectfully Submitted,

Larry L. Miller, President
MILLER LAW GROUP, P.C.